IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| MICHAEL MYERS, | * | |
| Plaintiff, | * | |
| v. | | Case No. 1:25-CV-153-ALS |
| | * | |
| COMMISSIONER OF SOCIAL SECURITY, | | |
| | * | |
| Defendant. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated August 11, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 12th day of August, 2026.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk